

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2016

No. 04-16-00614-CR

Stetson Roy **SEKULA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 519407
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due December 29, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court